UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1095
(1:24-cv-00236-MSN-WEF)

_____

In re: ABTIN VAZIRI

------------------------------

ABTIN VAZIRI

   Debtor - Appellee

v.

CYRUS AMIRI

   Creditor - Appellant

_____

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
|---|---|
| Originating Case Number | 1:24-cv-00236-MSN-WEF |
| Date notice of appeal filed in originating court: | 01/27/2025 |
| Appellant(s) | Cyrus Amiri |
| Appellate Case Number | 25-1095 |

| Case Manager | Karen Stump 804-916-2704 |

| Case Manager | Karen Stump 804-916-2704 |