FILED:  March 7, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1095
(1:24-cv-00236-MSN-WEF)

_____

In re: ABTIN VAZIRI

------------------------------

ABTIN VAZIRI

        Debtor - Appellee

v.

CYRUS AMIRI

        Creditor - Appellant

_____

O R D E R

_____

The court extends the briefing schedule as follows:

Joint appendix due: 03/25/2025

Opening brief due: 03/25/2025

Response brief due: 04/24/2025

Any reply brief: 21 days from service of response brief.

        For the Court--By Direction

        /s/ Nwamaka Anowi, Clerk