# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

March 25, 2025

_____

DOCKET CORRECTION NOTICE

_____

No. 25-1095,   <u>Abtin Vaziri v. Cyrus Amiri</u>
              1:24-cv-00236-MSN-WEF

TO:   Cyrus Amiri

**BRIEF CORRECTION DUE:  March 31, 2025**

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** entry and select "Corrected" as a modifier. Arrangements may be made with the clerk for return of paper copies for correction, if applicable. The time for filing the next brief is unaffected by this notice.

| |
|---|
| [✔] The caption on the opening brief cover is incorrect. The caption on the joint appendix cover is correct. Please correct the caption on the opening brief cover. |
| [✔] The opening brief must contain the Disclosure Statement. |
| [✔] The Table of Authorities must be alphabetically arranged. |
| [✔] The pages in the opening brief must be numbered. Please number the pages in the opening brief, then make sure the page numbers reflected in the Table of Contents and Table of Authorities are correct. Update the page numbers listed in the Table of Contents and Table of Authorities, if necessary. |

Karen Stump, Deputy Clerk
804-916-2704