# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

**In re:**

**Abtin Vaziri,**

        **Debtor.**

_____

**Abtin Vaziri,**

        **Appellee,**

**v.**                                                    **Case No.: 25-1095**

**Cyrus Amiri**

        **Appellant.**

_____

## <u>MOTION SEEKING EXTENSION OF TIME TO FILE RESPONSE BRIEF</u>

Abtin Vaziri, Appellee, by and through Counsel, Ashley F. Morgan, Esq., of the law firm of Ashley F. Morgan Law, PC, seeks an extension of time for 21 days to file her response brief, and in support thereof states the following:

1. The Appellant's Opening brief and appendix was filed on March 25, 2025 and March 26, 2025.

2. The Appellee's response brief is due April 24, 2025.

3. In the Appellee's underlying bankruptcy case there is a pending Motion to Dismiss; this motion would have a material effect on the appeal.

Ashley F. Morgan, Esq., VSB No. 86464
Ashley F. Morgan Law, PC
722 Grant Street, Suite G
Herndon, VA 20170
Ph: (703) 880-4881 ** Fax: (571) 376-5891
Email: Ashley@AFMorganLaw.com

4. As such, the Appellee requests a 21-day continuance of the deadline to allow the pending motion to be resolved.

5. Appellant's counsel has agreed to the continuance.

**WHEREFORE,** Appellee submits that there are grounds upon which to continue the deadline for his response brief to May 15, 2025.

Respectfully submitted this April 24, 2025.

Abtin Vaziri
By Counsel

By:     /s/ Ashley F. Morgan
Ashley F. Morgan, VA Bar No. 86464
**Counsel for Appellee**
722 Grant St, Suite G
Herndon, VA 20170
Tel: (703) 880-4881
Fax: (571) 376-5891

**Certificate of Service**

I, Ashley F. Morgan, Esq., Counsel for Appellee herein, hereby certify that on this April 24, 2025, I served via ECF to authorized users.

/s/ Ashley F. Morgan
Ashley F. Morgan, Esq.