FILED:  April 24, 2025

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

———————————

No. 25-1095
(1:24-cv-00236-MSN-WEF)

———————————

In re: ABTIN VAZIRI

------------------------------

ABTIN VAZIRI

> Debtor - Appellee

v.

CYRUS AMIRI

> Creditor - Appellant

———————————

O R D E R

———————————

The court grants an extension of the briefing schedule as follows:

Response brief due: 05/15/2025

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk