UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**In re:**

**Abtin Vaziri,**

       **Debtor.**
_____

**Abtin Vaziri,**

       **Appellee,**

**v.**                                     **Case No.: 25-1095**

**Cyrus Amiri**

       **Appellant.**
_____

## MOTION TO DISMISS AS MOOT

Abtin Vaziri, Appellee, by and through Counsel, Ashley F. Morgan, Esq., of the law firm of Ashley F. Morgan Law, PC, seeks a dismissal of this instant case, and in support thereof states the following:

1. A Motion to Dismiss was heard in the Appellee's bankruptcy case was heard any granted by the bankruptcy court on April 24, 2025. The bankruptcy court entered the order dismissing the bankruptcy case on April 29, 2025. That order was not appealed or stayed. The time to request any relief from that order has passed.

2. As such, the Appellee requests this pending case be dismissed as moot.

Ashley F. Morgan, Esq., VSB No. 86464
Ashley F. Morgan Law, PC
722 Grant Street, Suite G
Herndon, VA 20170
Ph: (703) 880-4881  ** Fax: (571) 376-5891
Email: Ashley@AFMorganLaw.com

**WHEREFORE,** Appellee submits that there are grounds upon which to dismiss this pending case as moot.

Respectfully submitted this May 15, 2025.

             Abtin Vaziri
             By Counsel

By:  /s/ Ashley F. Morgan
   Ashley F. Morgan, VA Bar No. 86464
   **Counsel for Appellee**
   722 Grant St, Suite G
   Herndon, VA 20170
   Tel: (703) 880-4881
   Fax: (571) 376-5891

## Certificate of Service

I, Ashley F. Morgan, Esq., Counsel for Appellee herein, hereby certify that on this May 15, 2025, I served via ECF to authorized users.

            /s/ Ashley F. Morgan
            Ashley F. Morgan, Esq.