**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

May 15, 2025

_____

RESPONSE REQUESTED

_____

No. 25-1095,    <u>Abtin Vaziri v. Cyrus Amiri</u>
                 1:24-cv-00236-MSN-WEF

TO:    Cyrus Amiri

**RESPONSE DUE: 05/27/2025**

Response is required to the motion to dismiss appeal on or before 05/27/2025.

The parties are advised that the court will not sua sponte suspend the briefing schedule pending disposition of the motion; a request to suspend briefing may be made by filing a motion to suspend.

Karen Stump, Deputy Clerk
804-916-2704