# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

May 29, 2025

_____

RULE 46 OVERDUE RESPONSE

_____

No. 25-1095,   <u>Abtin Vaziri v. Cyrus Amiri</u>
             1:24-cv-00236-MSN-WEF

TO:   Robert Sergio Brandt

**RESPONSE/ANSWER DUE: June 13, 2025**

The court previously directed that you respond to the motion to dismiss appeal. We have not received your response. You must remedy this default within 15 days. Failure to comply with the Court's rules and instructions may result in initiation of disciplinary action under **[Local Rule 46(g)](#)**.

Karen Stump, Deputy Clerk
804-916-2704