**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

**In re:**

**Abtin Vaziri,**

**Debtor.**

**Abtin Vaziri,**

**Appellee,**

**v.** **Case No.: 25-1095**

**Cyrus Amiri**

**Appellant.**

## RESPONSE

Abtin Vaziri, Appellee, by and through Counsel, Ashley F. Morgan, Esq., of the law firm of Ashley F. Morgan Law, PC, files this response to say that any relief in this case would be moot, and in support thereof states the following:

1. The Appellee filed a Motion to Dismiss in this appeal due to the underlying bankruptcy case being dismissed.
2. The Appellant has filed no opposition to the Motion to Dismiss.
3. There is no relief that can be ordered in this case that would have any effect as the bankruptcy case has been dismissed and there was no stay to the final order.
4. No response would provide any meaningful arguments for this Honorable Court.

Ashley F. Morgan, Esq., VSB No. 86464
Ashley F. Morgan Law, PC
722 Grant Street, Suite G
Herndon, VA 20170
Ph: (703) 880-4881 ** Fax: (571) 376-5891
Email: Ashley@AFMorganLaw.com

**WHEREFORE,** Appellee submits that there is no meaningful relief that can be granted in this case and the prior filed Motion to Dismiss should be granted.

Respectfully submitted this June 5, 2025.

Abtin Vaziri
By Counsel

By: /s/ Ashley F. Morgan

Ashley F. Morgan, VA Bar No. 86464
**Counsel for Appellee**
722 Grant St, Suite G
Herndon, VA 20170
Tel: (703) 880-4881
Fax: (571) 376-5891

**Certificate of Service**

I, Ashley F. Morgan, Esq., Counsel for Appellee herein, hereby certify that on this June 5, 2025, I served via ECF to authorized users.

/s/ Ashley F. Morgan
Ashley F. Morgan, Esq.