RECORD NO. 25-1095

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

IN RE: Abtin Vaziri

Debtor

_____

**Abtin Vaziri,**

**Debtor - Appellee,**

v.

**Cyrus Amiri,**

**Creditor – Appellant**

## Opposition to Motion to Dismiss as Moot

The Appellant, through undersigned counsel, responds as follows to the motion to dismiss filed by the Appellee:

It is true that a case is moot when the issues presented are no longer "live" or the parties lack a legally cognizable interest in the outcome of the case; what the courts have referred to as constitutional mootness. When an intervening event has occurred during the course of the appeal that renders the ability of the appellate court to fashion some type of remedy to correct the alleged

harm an impossibility than the appeal is rendered moot. Moreover, appellate courts are not in the business of rendering advisory opinions.

However, equally true is that most rules have an exception. "The Supreme Court has yielded its adherence to this firm position in only two sorts of cases. The first category includes disputes "capable of repetition, yet evading review." Southern Pac. Terminal Co. v. ICC, 219 U.S. 498, 515, 31 S.Ct. 279, 283, 55 L.Ed. 310 (1911). In these cases the duration of litigation invariably exceeds the life of the underlying dispute, and the Court has held that an exception to traditional mootness analysis is necessary to afford the complaining party an opportunity to litigate its rights. See, e.g., Roe v. Wade, 410 U.S. 113, 125, 93 S.Ct. 705, 713, 35 L.Ed.2d 147 (1973) (because usual appellate process exceeds nine months, litigation of right to abortion does not become moot when claimant's pregnancy comes to term)." *Clow v. US Dept of Housing and Urban Development, 948 F.2d 614 (9th Cir. 1991)*

It is not at all uncommon in the bankruptcy arena for debtors to file multiple bankruptcy case sometimes in rapid succession, and at times in a relatively short period of time. The bad faith chapter 13 filing of the Appellee is capable of repetition, and if this appeal was rendered moot then the Appellee would evade review.

Wherefore, the Appellants requests that the case not be dismissed as moot.

Submitted by:

/s/Robert S. Brandt

Robert S. Brandt, VSB #46196
The Law Office of Robert S. Brandt
600 Cameron Street
Alexandria, Virginia 22314
703-342-7330
brandt@brandtlawfirm.com
Counsel for Creditor /Appellant