FILED: July 21, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1095
(1:24-cv-00236-MSN-WEF)

_____

In re: ABTIN VAZIRI

------------------------------

ABTIN VAZIRI

      Debtor - Appellee

v.

CYRUS AMIRI

      Creditor - Appellant

_____

M A N D A T E

_____

The judgment of this court, entered June 29, 2026, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*